FILED
United States Court of Appeals
Tenth Circuit

August 14, 2020

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

JUDY MCADOO,

    Plaintiff - Appellant,

v.

VICI COMMUNITY DEVELOPMENT CORP.; CINDY ARNOLD; AMANDA GRESHAM,

    Defendants - Appellees.

No. 20-6075
(D.C. No. 5:19-CV-00515-R)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk