UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Room 1210
Oklahoma City, Oklahoma

August 24, 2020

| | |
|---|---|
| JUDY MCADOO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VICI COMMUNITY DEVELOPMENT )<br>CORP., CINDY ARNOLD, and )<br>AMANDA GRESHAM, )<br>)<br>Defendants. ) | Case No. CIV-19-515-R |

**ENTER ORDER:**

The Bill of Costs hearing set for Thursday, September 24, 2020, at 9:00 a.m. is stricken as moot.

By: *Carmelita Reeder Shinn*
Carmelita Reeder Shinn, Clerk of Court

Copies to All Parties of Record